OPINION — AG — THE STATE BURIAL BOARD CREATED BY 36 O.S. 776.3 [36-776.3] IS REQUIRED TO COMPLY WITH THE PROVISIONS OF 62 O.S. 211 [62-211], 62 O.S. 213 [62-213] ; AND IT FOLLOWS THAT IT IS THE DUTY OF THE STATE EXAMINER AND INSPECTOR (UNDER 62 O.S. 212 [62-212]) TO CAUSE TO BE MADE ANNUALLY AN AUDIT OF THE BOOKS, RECORDS AND ACCOUNTS OF SAID BOARD. (STATE AUDITOR, CORRECT REPORTS) CITE: 74 O.S. 212 [74-212] (RICHARD HUFF)